## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JASON R DEARTH | § | Case No. 14-10438 |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/22/2014 .   The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of               $        70,103.66

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 14,990.17 |
| Bank service fees | 838.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]      $        54,275.10

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  09/10/2014  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,755.18 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,755.18 , for a total compensation of $ 6,755.18 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 37.38 , for total expenses of $ 37.38 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/02/2017                    By:/s/Peter N. Metrou, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-10438 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JASON R DEARTH | | | | Date Filed (f) or Converted (c): | 03/22/2014 (f) |
| | | | | | 341(a) Meeting Date: | 04/21/2014 |
| For Period Ending: | 01/02/2017 | | | | Claims Bar Date: | 09/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Primary Residence located at 2870 Geri Lane, Coal | 408,586.00 | 0.00 | OA | 0.00 | FA |
| 2.  Cash on hand; Debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 3.  Centrue Bank Checking Account (xxx0004); Joint acc | 538.00 | 0.00 | | 0.00 | FA |
| 4.  Centrue Bank Savings Account (xxx5757); Joint acco | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Usual and normal household goods and furnishings; | 2,000.00 | 0.00 | | 0.00 | FA |
| 6.  Wearing apparel; Debtor's possession. | 500.00 | 0.00 | | 0.00 | FA |
| 7.  Met Life whole life insurance policy (x2084PR); No | 11,407.00 | 0.00 | | 0.00 | FA |
| 8.  Variable Roth IRA (xxx739) at Mazon State Bank. | 588.00 | 0.00 | | 0.00 | FA |
| 9.  50% stock interest in C.D. Chidester Excavating, I | 0.00 | 0.00 | | 0.00 | FA |
| 10. No tax refund anticipated for 2013; Debtor will ow | 0.00 | 0.00 | | 0.00 | FA |
| 11. Claims against C.D. Chidester Excavating Inc. for | Unknown | 0.00 | | 0.00 | FA |
| 12. Possible claims for contribution or indemnificatio | Unknown | 0.00 | | 0.00 | FA |
| 13. 2003 Chevy Tahoe with 164,000 miles; Fair conditio | 2,800.00 | 0.00 | | 0.00 | FA |
| 14. 2008 Pontiiac G8; Mileage 40,000; ; Fair condition | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. Home and garden equipment and tools; 14 year old r | 250.00 | 0.00 | | 0.00 | FA |
| 16. Invalid Disclaimer of Probate Estate          (u) | 0.00 | 69,500.00 | | 70,103.66 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $431,869.00 | $69,500.00 | | $70,103.66 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Funds from estate received. Still awaiting appeal. Adversary case filed by Trustee's atty - investigation into Debtor's interest in probate estate. Disclaimer of inheritance declared invalid - awaiting appeal.

RE PROP #        16   --    Payment per court order for proceeds from estate on invalid disclaimer.

Exhibit A

Initial Projected Date of Final Report (TFR): 09/30/2015          Current Projected Date of Final Report (TFR): 02/28/2017

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 14-10438 | | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JASON R DEARTH | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX5546 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3322 | | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/02/2017 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/16 | 16 | GRUNDY COUNTY CIRCUIT CLERK 111 E. Washington StreetMorris, IL 60450 | Payment from State Court/Probate | 1241-000 | $69,500.00 | | $69,500.00 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $33.32 | $69,466.68 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $96.59 | $69,370.09 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $38.41 | $69,331.68 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.13 | $69,228.55 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.60 | $69,128.95 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.77 | $69,026.18 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.31 | $68,926.87 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.48 | $68,824.39 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.31 | $68,722.08 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.88 | $68,623.20 |
| 10/25/16 | 5002 | LLOYD, DAVID 615B S. LaGrange Rd. LaGrange, IL 60525 | Attorneys fees and costs Court approved fees and costs see dkt# 51 | | | $14,951.76 | $53,671.44 |
| | | LLOYD, DAVID | ($14,925.00) | 3210-000 | | | |
| | | LLOYD, DAVID | ($26.76) | 3220-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $69,500.00    $15,828.56

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-10438 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JASON R DEARTH | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5546 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3322 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/02/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/16 | 16 | Catherine Sterba Estate<br>Jason R. Dearth, Executor<br>2870 Geri Ln.<br>Coal City, IL 60416 | Final distribution from probate estate. | 1241-000 | $603.66 | | $54,275.10 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $70,103.66 | $15,828.56 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $70,103.66 | $15,828.56 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $70,103.66 | $15,828.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:                $603.66        $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5546 - Checking Account (Non-Interest Earn | $70,103.66 | $15,828.56 | $54,275.10 |
| | $70,103.66 | $15,828.56 | $54,275.10 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $70,103.66 |
| Total Gross Receipts: | $70,103.66 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-10438-BWB

Debtor Name: JASON R DEARTH

Claims Bar Date: 9/10/2014

Date: January 2, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,755.18 | $6,755.18 |
| 100<br>2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $37.38 | $37.38 |
| 100<br>2700 | CLERK OF THE BANKRUPTCY<br>COURT<br>219 S. Dearborn<br>Chicago, IL  60604 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $350.00 | $350.00 |
| 100<br>3210 | DAVID LLOYD<br>615B S. LaGrange Rd.<br>LaGrange, IL  60525 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $14,925.00 | $14,925.00 |
| 100<br>3220 | DAVID LLOYD<br>615B S. LaGrange Rd.<br>LaGrange, IL  60525 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $26.76 | $26.76 |
| 6<br>230<br>5300 | IUOE, LOCAL 150, AFL-CIO<br>C/O ELIZABETH LAROSE,<br>IUOE LOCAL 150 LEG<br>6140 JOLIET ROAD<br>COUNTRYSIDE, ILLINOIS<br>60525 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,985.16 | $6,985.16 |
| 1<br>300<br>7100 | CAPITAL ONE BANK (USA),<br>N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $3,303.00 | $3,254.38 | $3,254.38 |
| 2<br>300<br>7100 | HERITAGE LOGISTICS LLC<br>C/O PATRICK MAZZA &<br>ASSOCIATES<br>290 SOUTH MAIN PLACE<br>SUITE 101<br>CAROL STREAM IL 60188 | Unsecured<br>Payment Status:<br>Valid To Pay | | $119,639.00 | $119,639.61 | $119,639.61 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-10438-BWB                                                                         Date: January 2, 2017

Debtor Name: JASON R DEARTH

Claims Bar Date: 9/10/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | MIDWEST OPERATING ENGINEERS WELFARE FUND C/O ELIZABETH LAROSE INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD COUNTRYSIDE, ILLINOIS 60525 | Unsecured Payment Status: Valid To Pay | | $311,380.00 | $159,976.68 | $159,976.68 |
| 4<br>300<br>7100 | LOCAL 150 I.U.O.E. VACATION SAVINGS PLAN C/O ELIZABETH LAROSE INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD COUNTRYSIDE, ILLINOIS 60525 | Unsecured Payment Status: Valid To Pay | | $0.00 | $24,930.71 | $24,930.71 |
| 5<br>300<br>7100 | MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT C/O ELIZABETH LAROSE INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD, COUNTRYSIDE, IL 60525 | Unsecured Payment Status: Valid To Pay | | $0.00 | $10,215.57 | $10,215.57 |
| 7<br>300<br>7100 | MIDWEST OPERATING ENGINEERS PENSION TRUST FUND C/O ELIZABETH LAROSE, INSTITUTE FOR WORK WELFARE, PC 6141 JOLIET ROAD COUNTRYSIDE, ILLINOIS 60525 | Unsecured Payment Status: Valid To Pay | | $0.00 | $96,618.32 | $96,618.32 |
| 8<br>300<br>7100 | CONSTRUCTION INDUSTRY RESEARCH AND SERVICE TRUST FUND C/O ELIZABETH LAROSE INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD, COUNTRYSIDE, IL 60525 | Unsecured Payment Status: Valid To Pay | | $0.00 | $4,372.92 | $4,372.92 |
| 9<br>300<br>7100 | OPERATING ENGINEERS L150 APPRENTICESHIP FUND C/O ELIZABETH LAROSE INSTITUTE FOR WORKER WELFARE, PC 6141 JOLIET ROAD, COUNTRYSIDE, ILLINOIS | Unsecured Payment Status: Valid To Pay | | $0.00 | $14,701.16 | $14,701.16 |
| 10<br>300<br>7100 | KELLY DEARTH C/O JACQUELINE D. OPYD 10075 W. LINCOLN HIGHWAY FRANKFORT, IL 60423 | Unsecured Payment Status: Valid To Pay | Allowed amount per Court Order entered on October 7, 2016, see Dkt number 48. | $0.00 | $195,748.00 | $10,000.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

| | |
|---|---|
| Case Number: 1:14-10438-BWB | Date: January 2, 2017 |
| Debtor Name: JASON R DEARTH | |
| Claims Bar Date: 9/10/2014 | |

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND | ARTHUR B. LEVINE COMPANY | Administrative | | $0.00 | $38.41 | $38.41 |
| 999 | 370 Lexington Avenue, Suite 1101 | Payment Status: | | | | |
| 2300 | New York, NY  10017 | Valid To Pay | Extended Check Description Notes from conversion: | | | |
| | | | Bond Number 10BSBGR6291 | | | |

| | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|
| | Case Totals | $434,322.00 | $658,575.24 | $472,827.24 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: January 2, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-10438
Case Name: JASON R DEARTH
Trustee Name: Peter N. Metrou, Trustee

Balance on hand                                     $                 54,275.10

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,755.18 | $ 0.00 | $ 6,755.18 |
| Trustee Expenses: Peter N. Metrou | $ 37.38 | $ 0.00 | $ 37.38 |
| Attorney for Trustee Fees: DAVID LLOYD | $ 14,925.00 | $ 14,925.00 | $ 0.00 |
| Attorney for Trustee Expenses: DAVID LLOYD | $ 26.76 | $ 26.76 | $ 0.00 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 38.41 | $ 38.41 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $            7,142.56

Remaining Balance                                     $           47,132.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,985.16  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | IUOE, LOCAL 150, AFL-CIO | $        6,985.16 | $          0.00 | $        6,985.16 |
| | Total to be paid to priority creditors | | $          6,985.16 | |
| | Remaining Balance | | $          40,147.38 | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 443,709.35  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | $        3,254.38 | $          0.00 | $          294.46 |
| 2 | HERITAGE LOGISTICS LLC | $      119,639.61 | $          0.00 | $        10,825.14 |
| 3 | MIDWEST OPERATING ENGINEERS WELFARE FUND | $      159,976.68 | $          0.00 | $        14,474.89 |
| 4 | LOCAL 150 I.U.O.E. VACATION SAVINGS PLAN | $       24,930.71 | $          0.00 | $         2,255.76 |
| 5 | MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT | $       10,215.57 | $          0.00 | $          924.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | MIDWEST OPERATING ENGINEERS PENSION TRUST FUND | $ 96,618.32 | $ 0.00 | $ 8,742.15 |
| 8 | CONSTRUCTION INDUSTRY RESEARCH AND SERVICE | $ 4,372.92 | $ 0.00 | $ 395.67 |
| 9 | OPERATING ENGINEERS L150 APPRENTICESHIP FUND | $ 14,701.16 | $ 0.00 | $ 1,330.18 |
| 10 | KELLY DEARTH | $ 10,000.00 | $ 0.00 | $ 904.81 |

Total to be paid to timely general unsecured creditors        $          40,147.38

Remaining Balance        $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE