**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-10438 |
| | ) | CHAPTER 7 |
| JASON R. DEARTH, | ) | |
|     Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

**NOTICE OF MOTION**

To:    See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 8th day of February, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                                        */s/ Peter N. Metrou*
                                                                        **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

Ally Bank
6985 Union Park Center Suie 435
Midvale, UT 84047-4177

American Express Business
PO Box 297879
Fort Lauderdale, FL 33329-7879

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

C.D. Chidester Excavating Inc.
C/O Sandor Jacobson, Assignee
100 Tri-State International, #215
Lincolnshire, IL 60069-4427

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Construction Industry Research and Service Trust Fund
c/o Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road, Countryside, IL 60525

Craig D. Chidester As Trustee
432 South Washington Street
Westmont, IL 60559-2233

Dearth Jason R
2870 Geri Lane
Coal City, IL 60416-1851

Dr. Clarence Red
227 North Hammes Avenue
Joliet, IL 60435-8115

Expo/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179-0093

Gecrb/care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Gecrb/nationwd/brand D
C/o Po Box 965036
Orlando, FL 32896-0001

Grundy Bank
201 Liberty St
Morris, IL 60450-2282

Heritage Logistics LLC
28361 Diehl Road Unit B#388
Warrenville, IL 60555-4056

HERITAGE LOGISTICS LLC
C/O PATRICK MAZZA & ASSOCIATES
290 SOUTH MAIN PLACE
SUITE 101
CAROL STREAM IL 60188-2476

Hinsdale Bank & Trust
25 E First St
Hinsdale, IL 60521-4119

Illinois Truck and Equipment Co Inc
320 Briscoe Drive
Morris, IL 60450-6854

IUOE Local 150
6200 Joliet Road
Countryside, IL 60525-3992

IUOE Local 150
C/O Dale Pierson/Melinda Hensel
6141 Joliet Road
Countryside, IL  60525

IUOE, Local 150, AFL-CIO
c/o Elizabeth LaRose, IUOE Local 150 Leg
6140 Joliet Road
Countryside, Illinois 60525-3956

Jason R Dearth
2870 Geri Lane
Coal City, IL 60416-1851

Joji Takada
Takada Law Office LLC
6336 N Cicero Ave #201
Chciago, IL 60646-4448

Joji Takada
Takada Law Office, LLC
6336 North Cicero Avenue #201
Chicago, IL 60646-4448

Kelly Dearth
c/o Jacqueline D. Opyd
10075 W. Lincoln Highway
Frankfort, IL 60423-1272

Kohls/capone
Po Box 3115
Milwaukee, WI 53201-3115

Local 150 I.U.O.E. Vacation Savings Plan
c/o Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road
Countryside, Illinois 60525

McCann Industries Inc.
543 Rohlwing Road
Addison, IL 60101-4284

Midwest Operating Engineers Pension Trust Fu
c/o Elizabeth LaRose,
Institute for Work Welfare, PC
6141 Joliet Road

Midwest Operating Engineers Retirement Enhan
c/o Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road, Countryside, IL 60525

Midwest Operating Engineers Welfare Fund
c/o Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road
Countryside, Illinois 60525

Midwest Operating Engineers
Retirement Enhancement Fund
c/o Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road

Midwest Operating Engineers
Retirement Enhancement Fund
Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road

North American Specialty Insurance Co.
650 Elm Street Suite 600
Manchester, NH 03101-2524

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Provena Medical Group
25872 Network Place
Chicago, IL 60673-1258

State Bank Of Countryside
6734 Joliet Road
Countryside, IL 60525-4599

Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA 30384-9211

Takada Law Office LLC
6336 North Cicero Aveue #201
Chicago, IL 60646-4448

Thomas Kegan
9620 South Damen
Chicago, IL 60643-1653

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Wells Fargo Bank
733 Marquette Avenue Suite 700
Minneapolis, MN 55402-2340

West Side Tractor Sales Co.
1400 West Ogden Avenue
Naperville, IL 60563-3964

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
JASON R DEARTH § Case No. 14-10438
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
AMENDED APPLICATION FOR
COMPENSATION AND DEADLINE TO
OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 00:00 AM on March 3, 2017 in
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/08/2017              By: /s/ Peter N. Metrou
                                         Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| JASON R DEARTH | § | Case No. 14-10438 |
| | § | |
| Debtor | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND AMENDED APPLICATION FOR
COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 70,103.66 |
| and approved disbursements of | $ | 15,828.56 |
| leaving a balance on hand of[1] | $ | 54,275.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,755.18 | $ 0.00 | $ 6,755.18 |
| Trustee Expenses: Peter N. Metrou | $ 37.38 | $ 0.00 | $ 37.38 |
| Attorney for Trustee Fees: DAVID LLOYD | $ 14,925.00 | $ 14,925.00 | $ 0.00 |
| Attorney for Trustee Expenses: DAVID LLOYD | $ 26.76 | $ 26.76 | $ 0.00 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 38.41 | $ 38.41 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 7,142.56 |
| Remaining Balance | | | $ 47,132.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,985.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | IUOE, LOCAL 150, AFL-CIO | $ 6,985.16 | $ 0.00 | $ 6,985.16 |
| | Total to be paid to priority creditors | | | $ 6,985.16 |
| | Remaining Balance | | | $ 40,147.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 443,709.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | $ 3,254.38 | $ 0.00 | $ 294.46 |
| 2 | HERITAGE LOGISTICS LLC | $ 119,639.61 | $ 0.00 | $ 10,825.14 |
| 3 | MIDWEST OPERATING ENGINEERS WELFARE FUND | $ 159,976.68 | $ 0.00 | $ 14,474.89 |
| 4 | LOCAL 150 I.U.O.E. VACATION SAVINGS PLAN | $ 24,930.71 | $ 0.00 | $ 2,255.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT | $ 10,215.57 | $ 0.00 | $ 924.32 |
| 7 | MIDWEST OPERATING ENGINEERS PENSION TRUST FUND | $ 96,618.32 | $ 0.00 | $ 8,742.15 |
| 8 | CONSTRUCTION INDUSTRY RESEARCH AND SERVICE | $ 4,372.92 | $ 0.00 | $ 395.67 |
| 9 | OPERATING ENGINEERS L150 APPRENTICESHIP FUND | $ 14,701.16 | $ 0.00 | $ 1,330.18 |
| 10 | KELLY DEARTH | $ 10,000.00 | $ 0.00 | $ 904.81 |

Total to be paid to timely general unsecured creditors        $          40,147.38

Remaining Balance        $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.