**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JASON R DEARTH | § | Case No. 14-10438 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 399,086.00                             Assets Exempt: 32,783.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 47,132.54       Claims Discharged
                                                                               Without Payment: 1,588,199.47

Total Expenses of Administration: 22,971.12

---

3) Total gross receipts of $ 70,103.66  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 70,103.66  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,051,894.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,971.12 | 22,971.12 | 22,971.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 6,985.16 | 6,985.16 | 6,985.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 567,065.50 | 629,457.35 | 443,709.35 | 40,147.38 |
| **TOTAL DISBURSEMENTS** | $ 1,618,959.50 | $ 659,413.63 | $ 473,665.63 | $ 70,103.66 |

    4)  This case was originally filed under chapter 7 on  03/22/2014 .  The case was pending for 37 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/11/2017            By:/s/Peter N. Metrou, Trustee
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Invalid Disclaimer of Probate Estate | 1241-000 | 70,103.66 |
| **TOTAL GROSS RECEIPTS** | | **$ 70,103.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Craig D. Chidester As Trustee 432 South Washington Street Westmont, IL 60559 | | 375,000.00 | NA | NA | 0.00 |
| | Grundy Bank 201 Liberty St Morris, IL 60450 | | 84,734.00 | NA | NA | 0.00 |
| | Grundy Bank 201 Liberty St Morris, IL 60450 | | 310,262.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heritage Logistics LLC C/O Patrick Mazza & Associates 290 South Main Place, Suite 101 Carol Stream, IL 60188 | | 0.00 | NA | NA | 0.00 |
| | Hinsdale Bank & Trust 25 E First St Hinsdale, IL 60521 | | 1,898.00 | NA | NA | 0.00 |
| | State Bank Of Countryside 6734 Joliet Road Countryside, IL 60525 | | 280,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,051,894.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 6,755.18 | 6,755.18 | 6,755.18 |
| Peter N. Metrou | 2200-000 | NA | 37.38 | 37.38 | 37.38 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 38.41 | 38.41 | 38.41 |
| Associated Bank | 2600-000 | NA | 838.39 | 838.39 | 838.39 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| DAVID LLOYD | 3210-000 | NA | 14,925.00 | 14,925.00 | 14,925.00 |
| DAVID LLOYD | 3220-000 | NA | 26.76 | 26.76 | 26.76 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 22,971.12 | $ 22,971.12 | $ 22,971.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | IUOE, LOCAL 150, AFL-CIO | 5300-000 | NA | 6,985.16 | 6,985.16 | 6,985.16 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 6,985.16 | $ 6,985.16 | $ 6,985.16 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Bank 6985 Union Park Center Suie 435 Midvale, UT 87047 | | 36,284.00 | NA | NA | 0.00 |
| | American Express Business PO Box 297879 Fort Lauderdale, FL 33329 | | 21,000.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 5,154.00 | NA | NA | 0.00 |
| | C.D. Chidester Excavating Inc. C/O Sandor Jacobson, Assignee 100 Tri-State International, #215 Lincolnshire, IL 60069 | | 0.00 | NA | NA | 0.00 |
| | Dr. Clarence Red 227 North Hammes Avenue Joliet, IL 60435 | | 1,074.00 | NA | NA | 0.00 |
| | Expo/cbna Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Ford Motor Credit PO Box 790093 Saint Louis, MO 63179 | | 13,111.00 | NA | NA | 0.00 |
| | Gecrb/care Credit 950 Forrer Blvd Kettering, OH 45420 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/nationwd/brand D C/o Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone Po Box 3115 Milwaukee, WI  53201 | | 492.00 | NA | NA | 0.00 |
| | McCann Industries Inc. 543 Rohlwing Road Addison, IL 60101 | | 11,378.00 | NA | NA | 0.00 |
| | North American Specialty Insurance Co. 650 Elm Street Suite 600 Manchester, NH 03101 | | 0.00 | NA | NA | 0.00 |
| | Provena Medical Group 25872 Network Place Chicago, IL 60673 | | 7.50 | NA | NA | 0.00 |
| | Sunbelt Rentals Inc. PO Box 409211 Atlanta, GA  30384 | | 10,809.00 | NA | NA | 0.00 |
| | Thomas Kegan 9620 South Damen Chicago, IL  60643 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Bank 733 Marquette Avenue Suite 700 Minneapolis, MN  55402 | | 25,800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | West Side Tractor Sales Co. 1400 West Ogden Avenue Naperville, IL 60563 |  | 7,634.00 | NA | NA | 0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,303.00 | 3,254.38 | 3,254.38 | 294.46 |
| 8 | CONSTRUCTION INDUSTRY RESEARCH AND SERVICE | 7100-000 | NA | 4,372.92 | 4,372.92 | 395.67 |
| 2 | HERITAGE LOGISTICS LLC | 7100-000 | 119,639.00 | 119,639.61 | 119,639.61 | 10,825.14 |
| 10 | KELLY DEARTH | 7100-000 | NA | 195,748.00 | 10,000.00 | 904.81 |
| 4 | LOCAL 150 I.U.O.E. VACATION SAVINGS PLAN | 7100-000 | 0.00 | 24,930.71 | 24,930.71 | 2,255.76 |
| 7 | MIDWEST OPERATING ENGINEERS PENSION TRUST FUND | 7100-000 | NA | 96,618.32 | 96,618.32 | 8,742.15 |
| 5 | MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT | 7100-000 | NA | 10,215.57 | 10,215.57 | 924.32 |
| 3 | MIDWEST OPERATING ENGINEERS WELFARE FUND | 7100-000 | 311,380.00 | 159,976.68 | 159,976.68 | 14,474.89 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | OPERATING ENGINEERS L150 APPRENTICESHIP FUND | 7100-000 | NA | 14,701.16 | 14,701.16 | 1,330.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 567,065.50 | $ 629,457.35 | $ 443,709.35 | $ 40,147.38 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-10438 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JASON R DEARTH | | | | Date Filed (f) or Converted (c): | 03/22/2014 (f) |
| | | | | | 341(a) Meeting Date: | 04/21/2014 |
| For Period Ending: | 04/11/2017 | | | | Claims Bar Date: | 09/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence located at 2870 Geri Lane, Coal | 408,586.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on hand; Debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 3. Centrue Bank Checking Account (xxx0004); Joint acc | 538.00 | 0.00 | | 0.00 | FA |
| 4. Centrue Bank Savings Account (xxx5757); Joint acco | 100.00 | 0.00 | | 0.00 | FA |
| 5. Usual and normal household goods and furnishings; | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel; Debtor's possession. | 500.00 | 0.00 | | 0.00 | FA |
| 7. Met Life whole life insurance policy (x2084PR); No | 11,407.00 | 0.00 | | 0.00 | FA |
| 8. Variable Roth IRA (xxx739) at Mazon State Bank. | 588.00 | 0.00 | | 0.00 | FA |
| 9. 50% stock interest in C.D. Chidester Excavating, I | 0.00 | 0.00 | | 0.00 | FA |
| 10. No tax refund anticipated for 2013; Debtor will ow | 0.00 | 0.00 | | 0.00 | FA |
| 11. Claims against C.D. Chidester Excavating Inc. for | Unknown | 0.00 | | 0.00 | FA |
| 12. Possible claims for contribution or indemnificatio | Unknown | 0.00 | | 0.00 | FA |
| 13. 2003 Chevy Tahoe with 164,000 miles; Fair conditio | 2,800.00 | 0.00 | | 0.00 | FA |
| 14. 2008 Pontiiac G8; Mileage 40,000; ; Fair condition | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. Home and garden equipment and tools; 14 year old r | 250.00 | 0.00 | | 0.00 | FA |
| 16. Invalid Disclaimer of Probate Estate        (u) | 0.00 | 69,500.00 | | 70,103.66 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $431,869.00 $69,500.00 $70,103.66 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Investigation of disclaimer of probate estate interest by Debtor 6/9/2014.  Motion to employ counsel granted on 5/30/2014 see Dkt# 18. Adversary filed on 9/4/2014 see Dkt# 34. Motion for Turnover of inheritance funds granted on 10/23/2015 see Dkt# 39.  Appeal of state court decision finding in favor of bankruptcy estate 7/1/2016.  Motion to Settle Order on claim objection entered on 10/7/2016 see Dkt# 49. TFR  sent to UST on 1/18/2017. Filed fee app and NFR on 2/8/17 see Dkt# 57.

RE PROP #        16    --    Payment per court order for proceeds from estate on invalid disclaimer.

Initial Projected Date of Final Report (TFR): 09/30/2015         Current Projected Date of Final Report (TFR): 02/28/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-10438 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JASON R DEARTH | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5546 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3322 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/16 | 16 | GRUNDY COUNTY CIRCUIT CLERK<br>111 E. Washington StreetMorris, IL 60450 | Payment from State Court/Probate | 1241-000 | $69,500.00 | | $69,500.00 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $33.32 | $69,466.68 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $96.59 | $69,370.09 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $38.41 | $69,331.68 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.13 | $69,228.55 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.60 | $69,128.95 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.77 | $69,026.18 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.31 | $68,926.87 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.48 | $68,824.39 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.31 | $68,722.08 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.88 | $68,623.20 |
| 10/25/16 | 5002 | LLOYD, DAVID<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525 | Attorneys fees and costs<br>Court approved fees and costs<br>see dkt# 51 | | | $14,951.76 | $53,671.44 |
| | | LLOYD, DAVID | | ($14,925.00) | 3210-000 | | |
| | | LLOYD, DAVID | | ($26.76) | 3220-000 | | |

Page Subtotals: $69,500.00   $15,828.56

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-10438 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: JASON R DEARTH | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5546 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3322 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/16 | 16 | Catherine Sterba Estate<br>Jason R. Dearth, Executor<br>2870 Geri Ln.<br>Coal City, IL 60416 | Final distribution from probate estate. | 1241-000 | $603.66 | | $54,275.10 |
| 03/06/17 | 5003 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $6,792.56 | $47,482.54 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($6,755.18) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($37.38) | 2200-000 | | | |
| 03/06/17 | 5004 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $47,132.54 |
| 03/06/17 | 5005 | IUOE, LOCAL 150, AFL-CIO<br>C/O ELIZABETH LAROSE, IUOE LOCAL 150 LEG<br>6140 JOLIET ROAD<br>COUNTRYSIDE, ILLINOIS 60525 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 5300-000 | | $6,985.16 | $40,147.38 |
| 03/06/17 | 5006 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 1 representing a payment of 9.05 % per court order. | 7100-000 | | $294.46 | $39,852.92 |
| 03/06/17 | 5007 | HERITAGE LOGISTICS LLC<br>C/O PATRICK MAZZA & ASSOCIATES<br>290 SOUTH MAIN PLACE<br>SUITE 101<br>CAROL STREAM IL 60188 | Final distribution to claim 2 representing a payment of 9.05 % per court order. | 7100-000 | | $10,825.14 | $29,027.78 |
| 03/06/17 | 5008 | MIDWEST OPERATING ENGINEERS WELFARE FUND<br>C/O ELIZABETH LAROSE<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD<br>COUNTRYSIDE, ILLINOIS 60525 | Final distribution to claim 3 representing a payment of 9.05 % per court order. | 7100-000 | | $14,474.89 | $14,552.89 |

Page Subtotals: $603.66   $39,722.21

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-10438 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JASON R DEARTH | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5546 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3322 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/17 | 5009 | LOCAL 150 I.U.O.E. VACATION SAVINGS PLAN<br>C/O ELIZABETH LAROSE<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD<br>COUNTRYSIDE, ILLINOIS 60525 | Final distribution to claim 4 representing a payment of 9.05 % per court order. | 7100-000 | | $2,255.76 | $12,297.13 |
| 03/06/17 | 5010 | MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT<br>C/O ELIZABETH LAROSE<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD, COUNTRYSIDE, IL 60525 | Final distribution to claim 5 representing a payment of 9.05 % per court order. | 7100-000 | | $924.32 | $11,372.81 |
| 03/06/17 | 5011 | MIDWEST OPERATING ENGINEERS PENSION TRUST FUND<br>C/O ELIZABETH LAROSE,<br>INSTITUTE FOR WORK WELFARE, PC<br>6141 JOLIET ROAD<br>COUNTRYSIDE, ILLINOIS 60525 | Final distribution to claim 7 representing a payment of 9.05 % per court order. | 7100-000 | | $8,742.15 | $2,630.66 |
| 03/06/17 | 5012 | CONSTRUCTION INDUSTRY RESEARCH AND SERVICE TRUST FUND<br>C/O ELIZABETH LAROSE<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD, COUNTRYSIDE, IL 60525 | Final distribution to claim 8 representing a payment of 9.05 % per court order. | 7100-000 | | $395.67 | $2,234.99 |
| 03/06/17 | 5013 | OPERATING ENGINEERS L150 APPRENTICESHIP FUND<br>C/O ELIZABETH LAROSE<br>INSTITUTE FOR WORKER WELFARE, PC<br>6141 JOLIET ROAD, COUNTRYSIDE, ILLINOIS | Final distribution to claim 9 representing a payment of 9.05 % per court order. | 7100-000 | | $1,330.18 | $904.81 |
| 03/06/17 | 5014 | KELLY DEARTH<br>C/O JACQUELINE D. OPYD<br>10075 W. LINCOLN HIGHWAY<br>FRANKFORT, IL 60423 | Final distribution to claim 10 representing a payment of 9.05 % per court order. | 7100-000 | | $904.81 | $0.00 |

| | | | | Page Subtotals: | $0.00 | $14,552.89 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)   *(Page: 14)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $70,103.66 | $70,103.66 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $70,103.66 | $70,103.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $70,103.66 | $70,103.66 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5546 - Checking Account (Non-Interest Earn | $70,103.66 | $70,103.66 | $0.00 |
| | $70,103.66 | $70,103.66 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $70,103.66 |
| Total Gross Receipts: | $70,103.66 |

Page Subtotals:           $0.00        $0.00